UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jeffrey Barner

    v.                                                        Civil No. 15-cv-446-JL

FCI Berlin, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 15, 2016.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: March 30, 2016

cc:   Jeffrey Barner, pro se
       Seth R. Aframe, AUSA